FILED

MAY 1 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO CANO-MATUS,<br><br>　　　　　Defendant. | Cr. No. 04-1175GT<br><br>ORDER |

On May 7, 2007, defense counsel for Francisco Cano-Matus electronically filed a Motion to Dismiss the OSC. The hearing date for the OSC was set for May 14, 2007. Under the Local Rules, all criminal motions and objections must be filed at least 14 days prior to the hearing date. With the commencement of the electronic filing system, all attorneys were put on an "honor system" whereby they were not to file late motions or objections without explicit leave of the Court. Defense counsel did not request nor receive leave of the Court to file these objections late. Accordingly,

//

1     **IT IS ORDERED** that Defendant's Motion to Dismiss is stricken from the record and deemed not filed.

    **IT IS SO ORDERED.**

MAY 11- 2007
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel

Motions

Failure to give proper notice - withdrawn in open court 5-14-07 by defense counsel.

Unconstitutional issue to be addressed by this court in Order to follow

Gordon Thompson Jr.
U.S. Dist. Judge
5-14-07

2

--CR----