ORIGINAL



FILED
MAY 2 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 04-1175GT ) |
| v. | ) ORDER |
| FRANCISCO CANO-MATUS, | ) |
| Defendant. | ) |

On May 7, 2007, defense counsel for Defendant, Francisco Cano-Matus, electronically filed Motions to Dismiss the Petition. Because these Motions were filed late, the Court had them stricken from the record. At the OSC hearing on May 14, 2007, defense counsel withdrew one motion, however he orally renewed the Motion to Dismiss based on the argument that the supervised release scheme is unconstitutional.

This argument is precluded by Ninth Circuit case law. The Ninth Circuit has consistently held that the revocation of supervised release and the resulting incarceration is part of the original sentence. United States v. Huerta-Pimental, 445 F.3d 1220 (9th Cir. 2006). Hence, no additional

fact finding is necessary. Id. Also, since revocation and the possible sentence are discretionary, neither *Booker* nor the Sixth Amendment are violated. Id. Therefore, the Ninth Circuit has consistently held that the supervised release scheme is constitutional. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

5-23-07
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel